**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| TROVER GROUP, INC., and<br>THE SECURITY CENTER, INC. | § § § | |
| *Plaintiffs*, | § § | CIVIL ACTION NO. 2:14-cv-1172<br>(Consolidated Lead Case) |
| v. | § § | JURY DEMAND |
| KALTEC ELECTRONIC, INC. *et al.*, | § § § | |
| *Defendants*. | § | |
| TROVER GROUP, INC., and<br>THE SECURITY CENTER, INC., | § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | CIVIL ACTION NO. 2:15-cv-087<br>JURY DEMAND |
| SAY SECURITY GROUP USA LLC | § § | |
| *Defendant.* | § | |

**STIPULATION OF DISMISSAL WITH PREJUDICE
REGARDING DEFENDANT SAY SECURITY GROUP USA LLC ONLY**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Trover Group, Inc. and The Security Center, Inc. (collectively "Plaintiffs") hereby file this Stipulation of Dismissal With Prejudice regarding Defendant Say Security Group USA LLC ("Say Security") only.

Say Security has not served an answer or a motion for summary judgment, nor made any appearance in this action. Plaintiffs hereby dismiss all of their claims against Defendant Say Security with prejudice. Each party is to bear its own costs.

Date: May 22, 2015                                    Respectfully submitted,

*/s/ Steven N. Williams*
Steven N. Williams
swilliams@mcdolewilliams.com
Texas State Bar No. 21577625
Kenneth P. Kula
kkula@mcdolewilliams.com
Texas State Bar No. 24004749
William J. Duffy
zduffy@mcdolewilliams.com
Texas State Bar No. 24059697
**McDOLE WILLIAMS**
**A Professional Corporation**
1700 Pacific Avenue, Suite 2750
Dallas, Texas 75201
Telephone: (214) 979-1122
Facsimile: (214) 979-1123
***Attorneys for Plaintiffs Trover Group, Inc.***
***and The Security Center, Inc.***

## CERTIFICATE OF SERVICE

I certify that the foregoing document is being served via the Court's CM/ECF system on May 22, 2015 on all counsel of record who consent to electronic service per Local Rule CV-5(a)(3) or, otherwise, as required by local and federal rules.

*/s/ Diane Page*
Diane Page
