IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TROVER GROUP, INC., and<br>THE SECURITY CENTER, INC.,<br><br>*Plaintiffs,*<br><br>v.<br><br>KALTEC ELECTRONICS, INC., d/b/a<br>DIGITAL WATCHDOG,<br><br>*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 2:14-cv-1172<br>(Consolidated Lead Case)<br>JURY DEMAND |
| TROVER GROUP, INC., and<br>THE SECURITY CENTER, INC.,<br><br>*Plaintiffs,*<br><br>v.<br><br>WATCHNET INCORPORATED<br><br>*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 2:15-cv-096<br>JURY DEMANDED |

**JOINT STIPULATED MOTION FOR DISMISSAL
REGARDING WATCHNET INCORPORATED ONLY**

Pursuant to Fed. R. Civ. P. 41(a)(2) and (c), Plaintiffs Trover Group, Inc. and The Security Center, Inc. (collectively, "Plaintiffs" or "Security Center") and Defendant WatchNet USA, Inc. ("WatchNet")[1] file this Joint Stipulated Motion for Dismissal Regarding WatchNet USA, Inc. only.

Plaintiffs hereby dismiss all claims against WatchNet with prejudice.  WatchNet hereby

---

[1] In their Original Complaint, Plaintiffs misidentified the Defendant as "WatchNet, Incorporated."  The Defendant's correct name is WatchNet USA, Inc.

1

dismisses all counterclaims against Plaintiffs without prejudice.

Each party to bear its own costs, expenses, and attorneys' fees.

A Proposed Order granting the requested relief is filed herewith.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| By: */s/ Steven N. Williams* <br> Steven N. Williams <br> swilliams@mcdolewilliams.com <br> TX State Bar No. 21577625 <br> Kenneth P. Kula <br> kkula@mcdolewilliams.com <br> TX State Bar No. 24004749 <br> William Zac Duffy <br> zduffy@mcdolewilliams.com <br> TX State Bar No. 24059697 <br> **McDOLE WILLIAMS** <br> **A PROFESSIONAL CORPORATION** <br> 1700 Pacific Avenue, Suite 2750 <br> Dallas, Texas 75201 <br> (214) 979-1122 - Telephone <br> (214) 979-1123 – Facsimile <br><br> **ATTORNEYS FOR TROVER GROUP, INC. and THE SECURITY CENTER, INC.** | By: */s/ John T. Wilson* <br> *By Steven N. Williams with Consent* <br> John T. Wilson <br> State Bar No. 24008284 <br> Kandace D. Walter <br> State Bar No. 24047068 <br> Ryan S. Prugh <br> State Bar No. 24088259 <br> 16610 Dallas Parkway, Suite 1000 <br> Dallas, Texas 75248 <br> (T) 972.248.8080 <br> (F) 972.248.8088 <br> (E) eservice@wilsonlegalgroup.com <br><br> **ATTORNEYS FOR DEFENDANT WATCHNET USA, INC.** |

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2015, the foregoing document is being filed electronically with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division using the electronic case filing system of the court pursuant to Local Rule CV-5(a)(3). The electronic case filing system will send a "Notice of Electronic Filing" to the attorneys of record who consent to accept the Notice as service by electronic means.

*/s/ Diane Page*
Diane Page